UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Isaac Spencer            Docket No. 2:11-CR-46-1BO

### Petition for Action on Supervised Release

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Isaac Spencer, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine within 1,000 Feet of a Public or Private School, in violation of 21 U.S.C. §§ 841(a)(1) and 860, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 7, 2012, to the custody of the Bureau of Prisons for a term of 92 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 6 years. On February 19, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 77 months.

Isaac Spencer was released from custody on August 14, 2017, at which time the term of supervised release commenced. On November 7, 2017, this case was reassigned to the Honorable Terrence W. Boyle.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 6, 2017, Spencer admitted to using marijuana 10 days earlier. As a sanction for the violation, the probation officer respectfully recommends the conditions of supervised release be modified to include the DROPS Program at the second use level.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: (252) 830-2345<br>Executed On: November 20, 2017 |

Isaac Spencer
Docket No. 2:11-CR-46-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___21___ day of ___November___, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge